IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**ABRAHAM ADKINS,**

                    **Plaintiff,**

                                                    CIVIL ACTION
      vs.                                             No. 06-3155-SAC

**ROGER WERHOLTZ,**

                    **Defendants.**

## ORDER

    A prisoner confined in the Larned Correctional Mental Health Facility in Larned, Kansas, presents a pleading seeking relief under 42 U.S.C. § 1983 regarding the alleged denial of due process in a prison disciplinary action.  Plaintiff also seeks leave to proceed in forma pauperis in this action pursuant to 28 U.S.C. § 1915.

    By an order dated June 14, 2006, the court denied plaintiff's motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g), and directed plaintiff to pay the full $250.00 district court filing fee required by 28 U.S.C. § 1914.  Plaintiff filed no response to the June 14, 2006, order, and has not paid the district court filing fee.  The court thus finds the complaint should be dismissed without prejudice.

    IT IS THEREFORE ORDERED that the complaint is dismissed without prejudice, based upon plaintiff's failure to pay the district court filing fee.

    **IT IS SO ORDERED.**

    DATED:  This 11th day of July 2006 at Topeka, Kansas.

                                                            s/ Sam A. Crow
                                                             SAM A. CROW
                                                             U.S. Senior District Judge